## PFAFFLIN *v.* STATE OF INDIANA.

[No. 13,595. Filed March 27, 1929.]

*A. E. Gore,* for appellant.

*Arthur L. Gilliom,* Attorney-General, and *George J. Muller,* Deputy Attorney-General, for the State.

LOCKYEAR, J.—The appellant was prosecuted by affidavit in two counts in the Warrick Circuit Court.

The defendant below, appellant here, made no plea to the affidavit, nor did the court enter a plea for him.

Upon confession of error, it is now ordered that this cause be reversed, with instructions to grant the appellant a new trial.

## VANBLARICON, ADMINISTRATRIX, *v.* WABASH RAILWAY COMPANY.

[No. 13,367. Filed March 27, 1929.]

*Paul G. Lutz,* for appellant.

*Leonard, Rose & Zollars,* for appellee.

PER CURIAM.—Affirmed.

## HESSMAN *v.* HESSMAN.

[No. 13,224. Filed December 18, 1928. Rehearing denied March 27, 1929.]

*Robert R. Dalton,* for appellant.

PER CURIAM.—Affirmed.